**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

MONICA PEDRAZA,

      Plaintiff,                                Case No. 5:20-cv-00567-OLG

v.

NATIONAL MANAGEMENT RECOVERY CORP.,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    The Plaintiff, Monica Pedraza, by and through undersigned counsel and pursuant to Rule

41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, gives notice that this action is hereby

dismissed with prejudice.

DATED: July 1, 2020.           Respectfully submitted,


                          */s/ Joshua A. Mize*_____
                          **Joshua A. Mize, Esq.**
                          Texas Bar No. 24104795
                          **MIZE LAW, PLLC**
                          110 Front Street, Suite 300
                          Jupiter, FL 33477
                          Phone: (407) 913-6800
                          Fax: (407) 604-7410
                          Email: jmize@mize.law


                          *Attorney for the Plaintiff,*
                          *Monica Pedraza*